AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) |
| Joshua Lee Atwood | ) Case: 1:24-mj-00134 |
| | ) Assigned to: Judge Meriweather, Robin M. |
| | ) Assign Date: 4/15/2024 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  __Joshua Lee Atwood__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) (Civil Disorder)
18 U.S.C. § 111(a)(1) (Assaulting, Resisting, or Impeding Certain Officers)
18 U.S.C. §§ 111(a)(1) and 111(b)(1) (Assaulting, Resisting, or Impeding Certain Officers with a Deadly or Dangerous Weapon)
18 U.S.C. §§ 1752 (a)(1) & 1752 (b)(1)(A) (Entering, Remaining in a Restricted Building or Grounds w/ Deadly or Dangerous Weapon)
18 U.S.C. §§ 1752(a)(2) & 1752(b)(1) (A) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds w/ Deadly or Dangerous Weapon)
18 U.S.C. §§ 1752(a)(4) & 1752(b)(1)(A) (Act of Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon)
40 U.S.C. § 5104(e)(2)(D) (Disorderly Conduct in a Capitol Building or Grounds)
40 U.S.C. § 5104(e)(2)(F) (Act of Physical Violence in the Capitol Grounds or Building)
40 U.S.C. § 5104(e)(2)(G) (Parading, Demonstrating, or Picketing in a Capitol Building)

Date: __04/15/2024__                              *[signature]*  2024.04.15 11:56:36 -04'00'
                                                 Issuing officer's signature

City and state: __Washington, D.C.__             Hon. Robin M. Meriweather, U.S. Magistrate Judge
                                                 Printed name and title

---

### Return

This warrant was received on (date) __04/15/2024__, and the person was arrested on (date) __04/17/2024__
at (city and state) __Burgettstown, PA__.

Date: __04/17/2024__                              *[signature]*
                                                 Arresting officer's signature

                                                 Sarah Stirrup, Special Agent
                                                 Printed name and title