**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| v. | Case No. 24-cr-199 (RDM) |
| **JOSHUA LEE ATWOOD,** | |
| **Defendant.** | |

## JOINT STATUS REPORT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Joshua Lee Atwood, through his attorney, Pleasant S. Brodnax, III, hereby submit a joint status report pursuant to the Court's June 7, 2024 Minute Order.

The government has made a significant case-specific discovery production and expects additional forthcoming productions in the coming weeks. The government has also provided to defense counsel documentation and access for global Capitol Siege discovery. Moreover, to the extent it identifies or obtains additional discoverable material, the government will also produce such material at the earliest opportunity and well in advance of trial. The defendant requires additional time to review the discovery produced by the government and any forthcoming production. The government also anticipates making a plea offer to the defendant in the next few weeks.

The defendant continues to anticipate appealing the detention order issued by the Western District of Pennsylvania magistrate judge in this case. Once the defendant's filing is made, the parties will coordinate with the Court to set a hearing on that filing, as necessary.

Therefore, the parties propose that the Court set another status conference or deadline for a joint status report in approximately 60 days, at which point the parties hope to have substantially completed the production of case-specific discovery and can report to the Court on the progress of

plea negotiations. The parties agree to the exclusion of time under the Speedy Trial Act until the date of the next status conference or report in the interests of justice to allow them to complete review of discovery and engage in plea negotiations, and Mr. Atwood consents to such exclusion.

<div style="display:flex">
<div>

JOSHUA LEE ATWOOD
By Counsel:


*/s/ Pleasant S. Brodnax, III*
Pleasant. S. Brodnax, III
DC Bar No 416694
1701 Pennsylvania Avenue, NW
Washington, DC 20006
pleasant.brodnax@gmail.com
202.462.1100

</div>
<div>

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

*/s/ Nathaniel K. Whitesel*
NATHANIEL K. WHITESEL
Assistant United States Attorney
DC Bar No. 1601102
601 D Street NW
Washington, DC 20530
nathaniel.whitesel@usdoj.gov
(202) 252-7759

</div>
</div>