UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | Case No.: 1:24-cr-00199-RDM-1 |
| JOSHUA ATWOOD, : | |
| *Defendant.* : | |

## DEFENDANT'S MOTION TO SUBSTITUTE COUNSEL

Joshua Atwood, by and through undersigned counsel, respectfully moves to substitute Amy C. Collins as counsel of record in the place of Pleasant Brodnax in the above-listed matter. In support of this Motion, counsel submits as follows:

1. On May 15, 2024, the Court appointed Mr. Brodnax as counsel for Mr. Atwood. *See* Minute Entry (May 15, 2024); Oral Motion to Appoint Counsel (May 15, 2024); ECF No. 9.

2. On July 10, 2024, Ms. Collins filed her Notice of Appearance as retained counsel for Mr. Atwood.

3. Accordingly, Mr. Atwood respectfully requests that this Court substitute counsel in the above-listed matter.

Respectfully submitted,

   /s/  Amy C. Collins
Amy C. Collins
D.C. Bar No. 1708316
888 17th Street, NW, Suite 1200
Washington, D.C. 20006
(228) 424-0609
amy@amyccollinslaw.com
acollins@kalbianhagerty.com

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 10th day of July 2024, I have served this Motion upon all parties in this matter through the CM/ECF system.

                                                                       /s/ Amy C. Collins
                                                                       Amy C. Collins