UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JOSHUA LEE ATWOOD,<br><br>Defendant. | Case No. 24-cr-199 (RDM) |

**JOINT STATUS REPORT**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Joshua Lee Atwood, through his attorney, Amy C. Collins, hereby submit a joint status report pursuant to the Court's June 10, 2024 Minute Order.

On July 12, 2024, the Court granted the defendant's motion to substitute counsel, ECF No. 17, which substituted attorney Collins as counsel for the defendant. That same day, the government issued a production of discovery previously provided to prior defense counsel to attorney Collins as new defense counsel.

As the Court noted in its June 10, 2024 Minute Order, the parties represented in their last joint status report, ECF No. 14, that the government expected to make a plea offer to the defendant. On July 17, 2024, the government extended a plea offer to the defendant. That offer expires on August 16, 2024.

Therefore, the parties propose that the Court set a status conference or further deadline for a joint status report in approximately 7–14 days—during the weeks of August 19 or August 26, at which point the defense will have substantially completed reviewing the provided discovery and the parties can report to the Court on the result of their plea negotiations. The parties agree to the exclusion of time under the Speedy Trial Act until the date of the next status conference or status

1

report in the interests of justice to allow them to complete their review of discovery and plea negotiations. Mr. Atwood consents to such exclusion.

|  |  |
|---|---|
|  | Respectfully submitted, |
| JOSHUA LEE ATWOOD<br>By Counsel: | MATTHEW M. GRAVES<br>United States Attorney<br>D.C. Bar No. 481052 |
| */s/ Amy C. Collins*<br>Amy C. Collins<br>D.C. Bar No. 1708316<br>888 17th Street, NW, Suite 1200<br>Washington, D.C. 20006<br>(228) 424-0609<br>amy@amyccollinslaw.com<br>acollins@kalbianhagerty.com | */s/ Nathaniel K. Whitesel*<br>NATHANIEL K. WHITESEL<br>Assistant United States Attorney<br>DC Bar No. 1601102<br>601 D Street NW<br>Washington, DC 20530<br>nathaniel.whitesel@usdoj.gov<br>(202) 252-7759 |