UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Case No. 24-cr-199 (RDM) |
| JOSHUA LEE ATWOOD, | |
| Defendant. | |

**JOINT STATUS REPORT**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Joshua Lee Atwood, through his attorney, Amy C. Collins, hereby submit a joint status report pursuant to the Court's August 12, 2024 Minute Order.

On August 21, 2024, the government extended to the defense a revised plea offer. The defendant has accepted that revised offer. Therefore, the parties propose that the Court set a change of plea hearing on September 5, 2024, at 2:30 p.m., which the parties verified is available for the Court. The parties agree to the exclusion of time under the Speedy Trial Act until the change of plea hearing because the ends of justice served by tolling the time outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). Mr. Atwood consents to such exclusion.

\*      \*      \*

2

Respectfully submitted,

| | |
|---|---|
| JOSHUA LEE ATWOOD<br>By Counsel: | MATTHEW M. GRAVES<br>United States Attorney<br>D.C. Bar No. 481052 |
| */s/ Amy C. Collins*<br>Amy C. Collins<br>D.C. Bar No. 1708316<br>888 17th Street, NW, Suite 1200<br>Washington, D.C. 20006<br>(228) 424-0609<br>amy@amyccollinslaw.com<br>acollins@kalbianhagerty.com | */s/ Nathaniel K. Whitesel*<br>NATHANIEL K. WHITESEL<br>Assistant United States Attorney<br>DC Bar No. 1601102<br>601 D Street NW<br>Washington, DC 20530<br>nathaniel.whitesel@usdoj.gov<br>(202) 252-7759 |