UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | Criminal No. 24-cr-00199-RDM-1 |
| JOSHUA LEE ATWOOD, | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION TO CONTINUE SENTENCING
AND EXTEND RELATED DEADLINES**

Joshua Lee Atwood, by and through undersigned counsel, respectfully requests for this Honorable Court to continue the Sentencing Hearing set for December 20, 2024 to on or after March 14, 2024 and to extend the deadlines for submission of Presentencing Report ("PSR") objections and sentencing memoranda. In support of this Motion, counsel submits as follows:

1. On September 5, 2024, this Court held a Change of Plea Hearing, during which this Court scheduled Mr. Atwood's Sentencing Hearing for December 20, 2024.

2. Since the Change of Plea Hearing, new developments arose that significantly impact the status of this case.

3. On November 6, 2024, President-Elect Donald J. Trump was declared the winner of the 2024 presidential election. *See, e.g.*, "Trump Wins Presidency," Associated Press (updated Nov. 15, 2024), https://apnews.com/live/trump-harris-election-updates-11-5-2024.

4. Under Article II, Section 2, Clause I of the U.S. Constitution, the president of the United States is authorized to grant reprieves and pardons in, *inter alia*, a federal criminal case. President-Elect Trump has represented on multiple occasions his intention to grant clemency to individuals, such as Mr. Atwood, who have been charged in relation to the events of January 6,

1

2021. *See, e.g.*, "Read the Full Transcripts of Donald Trump's Interviews with Time [Magazine]," Time, https://time.com/6972022/donald-trump-transcript-2024-election/. Lending credibility to his representation(s), when he previously held office, President-Elect Trump embraced such powers more than any preceding U.S. president, *see* "Clemency Statistics," Dep't of Justice's Office of the Pardon Attorney, https://www.justice.gov/pardon/clemency-statistics, and in a number of controversial cases, *see* Carolyn Kelly, et al., "Here Are the High-Profile Pardons and Commutations Trump Has Granted During His Presidency," CNN (Dec. 23, 2020), https://www.cnn.com/2020/12/05/politics/trump-pardons-commutations-list/index.html.

5.  Moreover, with President-Elect Trump positioned to be inaugurated in January of 2025, there is a sincere likelihood that, upon this change in administration, including the appointment of a new Attorney General, the U.S. Department of Justice might be advised to handle January 6 cases much differently—from a change in the posture of sentencing recommendations to a complete abandonment of its prosecution of January 6 cases.

6.  Mr. Atwood, who just had another child early this year, grew up in a broken home, and had never before engaged in similar conduct, is a worthy candidate for clemency, if clemency is in fact granted even in a handful of January 6 cases.

7.  In the interest of judicial economy and equity, we would ask that this Court grant a short continuance of the Sentencing Hearing in this matter to a date no earlier than March 14, 2025, and to extend the deadline for the submission of PSR objections and sentencing memoranda.[1]

8.  Granting the requested relief is in the interests of justice.

---

[1] While we make a request to continue the Sentencing Hearing, we note that such a request should, in no way, be viewed as Mr. Atwood lacking remorse.

9. The government opposes this Motion. When asked for a justification, the government declined to provide one.[2]

In light of the above, Joshua Atwood, by and through undersigned counsel, requests the above-mentioned relief.

---

[2] It should be noted that Court in *United States v. Trump*, No. 23-cr-00257-TSC-1 (D.D.C.), granted the government's motion seeking to vacate the briefing schedule in President-Elect Trump's January 6 case given the "unprecedented circumstances" his prosecution posed, ECF No. 278. *See* Minute Order (Nov. 8, 2024). Of course, there are other issues at play, such as presidential immunity, in President-Elect Trump's case that are not present here. However, a sister court recently granted another January 6 defendant's request to continue a trial. *See United States v. William Pope*, No. 1:21-cr-00128-RC-1 (D.D.C.), Minute Order (Nov. 14, 2024).

Respectfully submitted,

　/s/  Amy C. Collins
Amy C. Collins
D.C. Bar No. 1708316
888 17th Street, NW, Suite 1200
Washington, D.C. 20006
(228) 424-0609
amy@amyccollinslaw.com
acollins@kalbianhagerty.com
*Counsel for Joshua Lee Atwood*

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 22nd day of November 2024, I have served this Motion upon all parties in this matter through the CM/ECF system.

　/s/  Amy C. Collins
Amy C. Collins

4