UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | |
| | ) | Criminal No. 24-cr-00199-RDM-1 |
| **JOSHUA LEE ATWOOD,** | ) | |
| *Defendant.* | ) | |

## DEFENDANT'S SECOND UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE MEMORANDUM IN AID OF SENTENCING

Joshua Lee Atwood, by and through undersigned counsel, respectfully requests for this Honorable Court to extend the deadline by which he must file his Memorandum in Aid of Sentencing from December 18, 2024 to December 19, 2024. In support of this Second Unopposed Motion, counsel submits as follows:

1. On December 13, 2024, we submitted an Unopposed Motion to Extend Deadline to File Memorandum in Aid of Sentencing. *See* ECF No. 27. Later that day, this Court granted our Unopposed Motion. *See* Minute Order (Dec. 13, 2024).

2. Defense counsel has been ill with a serious respiratory infection since about the beginning of October 2024.

3. On December 8, 2024, defense counsel was advised by her healthcare provider to go to the hospital for increased treatment.

4. Defense counsel saw numerous doctors over the course of last week to address her ongoing illness.

5. We are working to finalize Mr. Atwood's Memorandum in Aid of Sentencing. However, we need a bit more time in light of defense counsel's illness, the fact that the government

1

sent its various video exhibits accompanying its Memorandum in Aid of Sentencing just yesterday, and the fact that defense counsel experienced an issue with downloading materials in a discovery production that the government relied on in its Memorandum in Aid of Sentencing that was resolved as of only yesterday[1].

5. To allow for defense counsel to have adequate time to finalize Mr. Atwood's Memorandum in Aid of Sentencing, we would ask for a brief filing extension. Specifically, we would ask this Court to allow Mr. Atwood to file his Memorandum in Aid of Sentencing by December 19, 2024.[2]

6. The government does not oppose this request.

In light of the above, Joshua Atwood, by and through undersigned counsel, requests the above-mentioned relief.

---

[1] Specifically, the materials within the discovery production that defense counsel had trouble downloading included the cellphone extraction, which is lengthy. The difficulty with downloading certain materials in the respective discovery production was a result of an issue with USAFx, and blame should not be imparted to the government.

[2] Defense counsel will work diligently to complete Mr. Atwood's Memorandum in Aid of Sentencing by December 19, 2024; however, it might be necessary to either (a) continue the sentencing hearing into next week or (b) allow defense counsel to submit additional briefing or materials following the sentencing hearing and for the Court to hold the sentence and Judgment and Commitment ("J&C") Order in abeyance until the Court has an opportunity to review the additional materials. We will update the Court and the government by tomorrow afternoon. The government remains opposed to a continuance of the sentencing hearing. The government has not yet provided a position on defense counsel to submitting additional briefing or materials after sentencing and the Court holding the sentence and J&C in abeyance until the Court has the opportunity to review such additional items; however, the government previously opposed our request to hold the sentence and J&C in abeyance until after President-Elect Donald J. Trump's inauguration.

Respectfully submitted,

  /s/ Amy C. Collins
Amy C. Collins
D.C. Bar No. 1708316
888 17th Street, NW, Suite 1200
Washington, D.C. 20006
(228) 424-0609
amy@amyccollinslaw.com
acollins@kalbianhagerty.com
*Counsel for Joshua Lee Atwood*

### CERTIFICATE OF SERVICE

I hereby certify that, on this 18th day of December 2024, I have served this Second Unopposed Motion upon all parties in this matter through the CM/ECF system.

  /s/ Amy C. Collins
Amy C. Collins