UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Criminal No. 24-cr-00199-RDM-1** |
| | ) | |
| **JOSHUA LEE ATWOOD,** | ) | |
| *Defendant.* | ) | |

**DEFENDANT'S MOTION TO EXTEND DEADLINE TO FILE MEMORANDUM IN AID OF SENTENCING**

Joshua Lee Atwood, by and through undersigned counsel, respectfully requests for this Honorable Court to extend the deadline by which he must file his Memorandum in Aid of Sentencing from December 19, 2024 to December 20, 2024 by 8 a.m. In support of this Motion, counsel submits as follows:

1. On December 18, 2024, we submitted a Second Unopposed Motion to Extend Deadline to File Memorandum in Aid of Sentencing. Later that day, this Court granted our Unopposed Motion.

2. Defense counsel has been ill with a serious respiratory infection since the end of September 2024. On December 8, 2024, defense counsel was advised by her healthcare provider to go to the hospital for increased treatment. Defense counsel saw numerous doctors over the course of last week to address her ongoing illness.

3. We are working to finalize Mr. Atwood's Memorandum in Aid of Sentencing. However, we need a bit more time in light of defense counsel's illness, the fact that the government sent its various video exhibits accompanying its Memorandum in Aid of Sentencing on December 17, 2024, and the fact that defense counsel has had to engage in a review of voluminous materials

1

to address a number of the claims advanced by the government in its Memorandum in Aid of Sentencing as well as some information in the Final Presentence Investigation Report.

4. To allow for defense counsel to have adequate time to finalize Mr. Atwood's Memorandum in Aid of Sentencing, we would ask for a brief filing extension. Specifically, we would ask this Court to allow Mr. Atwood to file his Memorandum in Aid of Sentencing by December 20, 2024 at 8 a.m.[1] However, we would not object to any additional relief deemed appropriate by the Court.

5. The government does not take a position on this request and, instead, defers to the Court.

In light of the above, Joshua Atwood, by and through undersigned counsel, requests the above-mentioned relief.

---

[1] Counsel will do her best to limit the length of the more voluminous exhibits to help ensure the government and the Court have sufficient time to review all materials.

Respectfully submitted,

  /s/ Amy C. Collins
Amy C. Collins
D.C. Bar No. 1708316
888 17th Street, NW, Suite 1200
Washington, D.C. 20006
(228) 424-0609
amy@amyccollinslaw.com
acollins@kalbianhagerty.com
*Counsel for Joshua Lee Atwood*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 19th day of December 2024, I have served this Unopposed Motion upon all parties in this matter through the CM/ECF system.

  /s/ Amy C. Collins
Amy C. Collins

3