UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**        ) | |
| ) | |
| v.                                                                ) | **Criminal No. 24-cr-00199-RDM-1** |
| ) | |
| **JOSHUA LEE ATWOOD,**                    ) | |
| *Defendant.*                                      ) | |

### DEFENDANT'S MOTION FOR LEAVE TO LATE FILE MEMORANDUM IN AID OF SENTENCING AND ANY ACCOMPANYING EXHIBITS

Joshua Lee Atwood, by and through undersigned counsel, respectfully requests for this Honorable Court for leave to late file his Late File Memorandum in Aid of Sentencing and any accompanying exhibits. In support of this Motion, counsel submits as follows:

1. Defense counsel has been ill with a serious respiratory infection since the end of September 2024. On December 8, 2024, defense counsel was advised by her healthcare provider to go to the hospital for increased treatment. Defense counsel saw numerous doctors over the course of last week to address her ongoing illness.

2. We are working to finalize Mr. Atwood's Memorandum in Aid of Sentencing. However, we need a bit more time in light of defense counsel's illness, the fact that the government sent its various video exhibits accompanying its Memorandum in Aid of Sentencing on December 17, 2024, and the fact that defense counsel has had to engage in a review of voluminous materials to address a number of the claims advanced by the government in its Memorandum in Aid of Sentencing as well as some information in the Final Presentence Investigation Report.

3. Defense counsel required more time to adequately finalize Mr. Atwood's Memorandum in Aid of Sentencing, so we would ask this Court for leave to late file, where Mr.

1

Atwood's Memorandum in Aid of Sentencing and any accompanying exhibits shall be deemed timely filed upon their submission through CM/ECF.

5. The government has not provided a position on this request as of this filing.

In light of the above, Joshua Atwood, by and through undersigned counsel, requests the above-mentioned relief.

Respectfully submitted,

/s/ Amy C. Collins
Amy C. Collins
D.C. Bar No. 1708316
888 17th Street, NW, Suite 1200
Washington, D.C. 20006
(228) 424-0609
amy@amyccollinslaw.com
acollins@kalbianhagerty.com
*Counsel for Joshua Lee Atwood*

### CERTIFICATE OF SERVICE

I hereby certify that, on this 20th day of December 2024, I have served this Unopposed Motion upon all parties in this matter through the CM/ECF system.

/s/ Amy C. Collins
Amy C. Collins

2